MARIANN BERLINER, Respondent, v IRA BERLINER, Appellant. (And Another Action.)

Submitted November 13, 2006; decided January 16, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine

the action within the meaning of the Constitution. Motion for a stay dismissed as academic.